**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROMONA MOANA RAE,

                Plaintiff,

v.                                        Case No:  6:14-cv-639-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

_____/

## ORDER

    This cause is before the Court on Plaintiff's Petition for Attorney's Fees (Doc. 23) filed on August 19, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

    After an independent *de novo* review of the record in this matter, and noting that the motion is unopposed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

    Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed August 20, 2015 (Doc. 24), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Petition for Attorney's Fees (Doc. 23) is **GRANTED**.

    3.    Plaintiff, Ramona Moana Rae is **AWARDED** $5,667.23 in EAJA attorney's fees.

    4.    Payment **SHALL** be made payable to Plaintiff and delivered to Plaintiff's counsel unless Plaintiff owes a federal debt.  If the U.S. Department of the Treasury

determines that Plaintiff does not owe a federal debt, the Government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel.

    **DONE AND ORDERED** in Orlando, Florida on September 16, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties